Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

West Palm Beach Division

| | |
|---|---|
| Dorottiya B. Takacs<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Florida Atlantic University<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑Yes ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Dorottiya B. Takacs
- Street Address: 101 S Federal Hwy. Apt 343
- City and County: Boynton Beach, FL, 33435
- State and Zip Code:
- Telephone Number: 609.433.4340
- E-mail Address: dorottiya@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Doc ID: 8e58d69d353383d36a2a946d7a4698640c674b33

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Florida Atlantic University
- Job or Title *(if known)*:
- Street Address: 777 Glades Rd. RM 230
- City and County: Boca Raton, FL 33431
- State and Zip Code:
- Telephone Number: (561)297-3007
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Doc ID: 8e58d69d353383d36a2a946d7a4698640c674b33

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Florida Atlantic University<br>Military & Veterans Student Success Center<br>School Certifying Official / Coordinator |
| Street Address | |
| City and County | 777 Glades Rd. Bldg. 31E Rm. 173<br>Boca Raton, FL 33431 |
| State and Zip Code | |
| Telephone Number | 561.297.0098<br>veterans@fau.edu |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: 29 U.S.C. § 2601 (Family and Medical Leave Act - FMLA)

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Doc ID: 8e58d69d353383d36a2a946d7a4698640c674b33

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: 29 U.S.C. § 2601 (Family and Medical Leave Act - FMLA)

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)
December 17, 2024 - February 17, 2025

C.  I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☑ gender/sex    Female
- ☐ religion
- ☐ national origin
- ☑ age *(year of birth)*   1982   *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Americans with Disabilities Act of 1990, as codified, 42 U. S. C. § 12112 to 12117.

E.  The facts of my case are as follows. Attach additional pages if needed.

Between January 8 2024 and February 17 2025, I worked as a Coordinator / School Certifying Official at Florida Atlantic University.
My performance was consistently rated acceptable/good under the original director.
After a new director, Jason Nadolinski, took over, I was placed on a Performance Improvement Plan (PIP) on Dec 17 2024—just weeks before I became FMLA-eligible.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

On Jan 8 2025, my intermittent FMLA leave was approved, but management increased my workload and scrutiny. During the same period, a male coworker in the identical position was given paid overtime, while I was reprimanded for after-hours work.
I was terminated Feb 17 2025 while on approved FMLA leave.
A retaliatory email from the director immediately followed, confirming hostility and disparate treatment.
I believe this constitutes discrimination and retaliation based on sex (female), age (1982), and disability/FMLA-related medical condition, in violation of Title VII, the ADA, and the FMLA.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 17, 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* July 22, 2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully request that the Court grant the following relief:

Compensatory damages for emotional distress, mental anguish, and loss of dignity caused by the retaliatory and discriminatory termination that occurred while I was on approved FMLA leave, which also deprived me of the ability to be fully present during my mother's final days in hospice care.

Economic damages for harm to future employment opportunities resulting from the Defendant's retaliatory conduct and negative post-termination communications, which directly interfered with my ongoing interview for another position within FAU.

Doc ID: 8e58d69d353383d36a2a946d7a4698640c674b33

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Restoration or equivalent value of lost retirement and benefit contributions forfeited due to the unlawful termination, including Florida Retirement System/SRS losses.

Punitive damages to deter FAU and its management from engaging in further retaliatory and discriminatory conduct.

Declaratory and injunctive relief finding that FAU's actions violated Title VII of the Civil Rights Act, the Americans with Disabilities Act, and the Family and Medical Leave Act, and ordering appropriate compliance training for supervisory personnel.

Recovery of costs and any other relief the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10 / 20 / 2025

Signature of Plaintiff: *Dorottiya B. Takacs*

Printed Name of Plaintiff: Dorottiya B. Takacs

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Doc ID: 8e58d69d353383d36a2a946d7a4698640c674b33