Exhibit 1



**U.S. Department of Justice**
# Civil Rights Division

civilrights.justice.gov

640925-HCJ

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Jul 22, 2025

Dorottiya Takacs

dorottiya@gmail.com

Re:   Dorottiya Takacs v. FLORIDA ATLANTIC UNIVERSITY, et al.,
EEOC Charge No. None

Dear Dorottiya Takacs,

You are receiving this notice because you filed the above charge(s) with the Equal
Employment Opportunity Commission (EEOC), and you or your attorney specifically
requested this notice.

Because either 180 days have passed since you filed the above charge(s), or because the
EEOC has determined that it will not be able to conclude its administrative process within
180 days of the date it assumed jurisdiction of the charge(s), you are hereby notified that
you have the right to file a lawsuit commencing a civil action based on the charge(s) under
the following statute(s):

  ⚬   Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the
appropriate court within 90 days of receiving this Notice**. This Notice should not be taken
to mean that the Department of Justice has made a judgment as to whether your charge is

meritorious. If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: . Contact information for this office can be located at .

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: dorottiya@gmail.com, GENERALCOUNSEL@FAU.EDU, max.feige@eeoc.gov

## Contact

civilrights.justice.gov

 U.S. Department of
Justice
Civil Rights Division
950 Pennsylvania Avenue,
NW
Washington, D.C. 20530-
0001

 (202) 514-3847
1-855-856-1247 (toll-
free)
Telephone Device for
the Deaf
(TTY) (202) 514-0716



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL  33131
Miami Direct Dial:  (786) 648-5790
FAX (305) 808-1758
Website:  www.eeoc.gov

Our Reference: Charge No.  510-2025-06699
Miss Dorottiya B. Takacs v. FLORIDA ATLANTIC
UNIVERSITY

Miss Dorottiya B. Takacs
101 S Federal Hwy, Apt: 343 Palm Beach County
BOYNTON BEACH, FL 33435

FLORIDA ATLANTIC UNIVERSITY
777 GLADES RD RM 230
BOCA RATON, FL 33431, UNITED STATES OF AMERICA

Dear Parties:

The Equal Employment Opportunity Commission (EEOC) has received a request
for the issuance of a Notice of Right-to-Sue in connection with the above referenced
charge.  Because the Respondent in this charge is from the public sector, the Notice
of Right-to-Sue must be issued by the U.S. Department of Justice. Therefore, the
request has been forwarded to that Agency for action.  The Department of Justice
will act on the request as soon as possible and issue the Notice of Right-to-Sue
directly to the Charging Party.  The Charging Party will then have 90 days from the
day the Notice of Right-to-Sue is received to file a lawsuit in Federal District Court.

If you have any further questions concerning the issuance of the Notice of Right-to-
Sue, you may write to the Department of Justice at the following address:

U.S. Department of Justice,
Civil Rights Division
Employment Litigation Section, PHB, RM 4902
950 Pennsylvania Avenue N.W.
Washington, D.C.  20530

Additionally, you may find more information on their website at
https://www.justice.gov/crt/ employment-litigation-section,
or contact their office by telephone at 202-514-3847.

Please note that with the issuance of the Notice of Right-to-Sue the EEOC will
discontinue its administrative processing of this charge.

Sincerely,

Digitally Signed By:Evangeline Hawthorne

07/21/2025

Evangeline Hawthorne
District Director

cc:

Charging Party Representative:

Respondent Representative:

EEOC No. 510-2025-06699 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 510-2025-06699 |
| Florida Commission On Human Relations | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Miss Dorottiya B. Takacs

Phone No.:          609-433-4340

Year of Birth:      1982

Mailing Address: 101 S Federal Hwy, Apt: 343 Palm Beach County
BOYNTON BEACH, FL 33435

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: FLORIDA ATLANTIC UNIVERSITY

No. Employees, Members: 501+ Employees

Phone No.: (561) 297-3007

Mailing Address: 777 GLADES RD RM 230

BOCA RATON, FL 33431, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Age, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/07/2024

Latest: 02/17/2025

THE PARTICULARS ARE:

Hired by FAU on 1/8/24, I received a positive performance review mid-year. On 12/17/24, I was placed on a PIP without prior counseling. During winter break, I submitted FMLA paperwork, which was approved on 1/8/25 my one-year anniversary for intermittent leave to care for my terminally ill mother. On 2/17/25, the final day of my 60-day PIP I was terminated without cause. My new director cited my time off as a concern, despite its protected status under FMLA. Meanwhile, a younger male colleague hired after me was granted overtime and more favorable treatment, while I was reprimanded for working after hours unpaid to meet excessive PIP demands. I have text messages, a threatening email from my director, and a willing witness who observed the disparate treatment. I believe I was retaliated against and discriminated based on FMLA use, age (42), and sex.

I believe that I was discriminated agsinst due to my sex, age, and in retaliation, in violation of the Civil Rights Act of 1964, as amended, and the Age in Employment Act of 1967, as amended, and all applicable state statues.

EEOC No. 510-2025-06699 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Miss Dorottiya B. Takacs
07/17/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary

Printed Name

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Exhibit 4

To:            Dorottiya Takacs, School Certifying Coordinator

From:          David Alphonso, Assistant Director, Student Affairs

Re:            Performance Improvement Plan (PIP)

Date:          12/17/24

The purpose of this Special Performance Improvement Plan (PIP) is to define areas of concern with your performance, provide performance expectations, and allow you the opportunity to demonstrate performance improvement.

Effective immediately, you are being placed on a 60-day PIP. During this time, you will be expected to improve your performance as outlined below. The PIP may be extended for an additional 60 days. Failure to meet these expectations, or any display of gross misconduct which includes insubordination and unprofessional behavior may result in action up to and including termination. In addition, if there is no significant improvement to indicate that the expectations and goals will be met within the timeline indicated in this PIP, your employment may be terminated prior to 60 days. Failure to maintain performance expectations after the completion of the PIP may result in additional disciplinary action up to and including termination.

**Job Competencies**

**1) Job Knowledge / Job Skills / Quality of Work**

**Performance Rating: Unsatisfactory**

**Comments:**

-Dorottiya is the School Certifying Coordinator for Florida Atlantic University (FAU), Division of Student Affairs, Military and Veteran Student Success, with a primary charter of serving FAUs military-connected students. Your position performs functional work through designation as a trained and certified "School Certifying Official" (SCO) for Institutions of Higher Learning by the U.S. Department of Veteran Affairs (VA).

The SCO performs work in the FAU, Military and Veteran Student Success Center (MVSSC), which maintains open business hours to serve and support our military-connected students during the periods of Monday-Friday, 8:00 a.m. – 5:00 p.m., as well as via electronic mail and phone communication. The SCO position is a forward-facing team member who must personally welcome and assist students and visitors, explain benefits and programs eligibility, and assist them with their application for VA educational benefits at FAU. As such, it is imperative that the SCO be knowledgeable about VA educational benefits and programs, military-connected student eligibility, and FAU processes to optimize military-connected student success.

The SCO must maintain highly accurate records of VA educational benefit eligible students who have applied for, and those who are using VA educational benefits at FAU. The SCO must maintain highly accurate and current student enrollment records to ensure mandatory compliance with VA/SAA and Department of Defense audits and inspections. The SCO must remain up to date on current VA rules and benefits and remain up to date on all VA changes. As a SCO/Coordinator, you must keep the VA informed

of the students' enrollment status, including changes of status of veterans and dependents, and keep the State Approving Agency (SAA) informed as required.

The SCO must maintain accurate documentation and internal tracking of all Veteran's Certification Request (VCR) and Out-of-State/Non-Resident Waiver forms. The SCO is responsible for billing of veteran educational benefits, submission of out-of-state waivers, and communicating important deadlines to military and veteran students. The SCO is expected to monitor GPA for verification of eligibility status and monitor other financial aid awards to avoid overpayments in accordance with federal and institutional policies. SCOs must provide informed counsel to students on how their academic progress and standing affects their initial and ongoing GI Bill certification(s).

The SCO must maintain accurate files for each VA educational benefit recipient in accordance with VA regulations. This includes reporting accurate data to the VA within the prescribed 30-day period. It is expected that the employee prioritizes accuracy, attention to detail, and timeliness in their work product by working collaboratively with campus partners (e.g., Tuition and Billing, Financial Aid, Registrar's Office, Undergraduate Admissions, Graduate Admissions, etc.).

Dorottiya, you have failed to meet expectations of reporting students' enrollments to the VA accurately on multiple occasions, including the Summer & Fall 2024 semesters. You have sustained a high error rate (approximately 20-25%) when reporting enrollments to the VA. For example, you have reported enrollments to the VA under the wrong campus locations, incorrect term dates, and incorrect program majors. Recently, (8) of (31) records had errors that required correction. Your work products reflect continued lack of interest and/or diligence that has negatively impacted students and overall work unit efficiencies. This often causes avoidable delays and re-work in processing VA educational benefit claims for disbursement to our military-connected students.

Multiple errors were made in sending Out-of-State Waiver and the Chapter 31 billing reports to other departments that has continuously impacted the efficiency of applying waivers to students' accounts. For example, you sent reports that were not in the required format and have included duplicate data. Impacting the credibility of our collective Military and Veteran Student Success Team work unit

Goal 1: You must accurately report at least twenty (20) student's enrollments per day, via VA Enrollment Manager system, within the VA's regulation of 30-days of the request. You must maintain an error rate of less than (5) percent when reporting enrollment data to the VA via the Enrollment Manger platform. As a working example, an error rate of less than 5% would equate to (4) record errors per (100) records.

Goal 2: You must accurately report the list of certified Chapter 31 applicants using the required format with an error rate of less than five (5) percent.

## 2) Work Practices/ Dependability

**Performance Rating:  Unsatisfactory**

**Comments:**

You are required to comply with the University Policy, Personnel, Policy 7.5. You are expected to notify your supervisor of unexpected absences in advance (save emergencies), and no later than prior to the start of their work schedule. You are expected to use leave privileges responsibly, especially during peak semester registration periods of the VA educational benefit certification period. You must remain accessible to peer staff and students during scheduled work hours as to not negatively impact support and service operations.

Dorottiya, you failed to meet expectations regarding Florida Atlantic University's University Policy, Personnel, Policy 7.5. You failed to notify your supervisor of the leave category on multiple occasions and often did so with less than two hours' notice before the start of your work schedule.

For example, on Dec. 4th, 2024, you informed your supervisor via electronic message that you will be "taking the morning off" without referring to what leave category you will be using and without prior approval. This incident occurred despite previous verbal counseling and electronic mail guidance that was sent to you on October 8, 2024, regarding your excessive use of leave for unplanned absences and continued tardiness; further, FAU Human Resources Policy 7.5 was provided to you on that date as an electronic file.

On multiple occasions, you have not reported for work at the start of your work schedule (8:00 a.m.) and have departed prior to the end of her work schedule. Despite having clearly outlined work hours expectations (FAU HR Policy 7.5) on October 8, 2024, orally and in writing, to all team members, you continue to be unable to routinely meet this commitment.

Dorottiya, you have used excessive amounts of sick and annual leave that has impacted service operations. For example, she has used eighty-hours (80) out of ninety-two (92) of her sick leave and 119-hours (119) out of approx. 156 hours (156) of her annual leave within your 11-month tenure.

At scale, this equates to (25) days of leave used within eleven months, often with short notice callouts. Dorottiya, you have used leave and missed several special, pre-planned MVSSC events including our Memorial Day event and our Fall 2024 Graduation event. You also have taken leave during peak times during the semester certification period, making you unreliable when part of a small, specialized service team within the Division of Student Affairs.

It has been observed that you frequently keep your office door closed and are often observed taking personal calls during work hours; As a result, you are not accessible to students who visit the MVSS Center with questions and concerns. You do not step out of your office your office to greet walk-in students and/or parents, welcome new visitors, and you are not consistently available to answer the main phone line when it rings.

Goal 1: Report promptly and prepared to work during scheduled work hours (8:00 a.m. – 5 p.m. [with 1-hour break]).

Goal 2: Notify your first-line supervisor (or Director, as applicable due to leave/unavailability of first-line supervisor) directly for prior approval of annual/planned sick leave for doctor's appointments, identify the type of leave requested, and provide a general explanation as warranted (e.g., sick leave, multi-day sick leave, etc.). If sick leave is required for an emergency (i.e., personal illness, injury, exposure to contagious disease), you must notify your supervisor prior to the start of her work schedule.

Goal 3: You must maintain an open-door policy to promote a more inclusive work culture which will be measured through increased engagement with students and staff to encourage team collaboration. You must provide engaged, holistic support and counseling with military-connected students and other visitors who require our services and support.

Note: It is understood that there may be limited periods, of short duration, when the employee may require a closed door to best facilitate a phone call for official business, a training session, work meeting, or have a period of dedicated focus on a specific work project; in these cases, you will communicate that to your Supervisor to ensure walk-in students and visitors may be serviced by other team members.

Goal 4:  You must be accessible, take initiative and be fully prepared to answer the MVSSC's telephone main line, when ringing, and address concerns or issues within your scope of duties as a SCO/Coordinator and FAU employee.

**4)  Organization/ Time Management**

**Performance Rating:  Unsatisfactory**

**Comments:**

Dorottiya, as outlined in your job description, you must enter all student status changes in Enrollment Manager to meet the 30-day reporting rule; this includes updating changes such as major changes, class add/drop changes, and class withdrawals. Our office has a clearly stated and routinely reinforced expectation that the enrollment changes report must be completed on a weekly basis to ensure that we adhere to the guidelines set forth by the VA/State Approving Agency (SAA). You must audit student academic files and perform enrollment audits on a weekly basis to ensure compliance with VA requirements.

Dorottiya, you have failed to meet the expectations of reporting enrollment changes within the VA time limit of 30 days on multiple occasions throughout the summer & fall 2024 semesters. It is your responsibility to accurately report enrollment changes to the VA within the 30-day timeframe.

Goal 1: Accurately report enrollment changes, via Enrollment Manager, on a weekly (recurring, 7-day) basis and inform supervisor of completion by Monday (close of business, or no later than 5:00 p.m.).

I have provided and will continue to provide assistance to you; however, it is necessary that you assume the responsibility for correcting your work performance deficiencies. I urge you to give this matter your immediate attention. If you have any questions, please contact me immediately and I will assist you as needed. To assist you in reaching your performance objectives in the PIP, you will meet with me on a weekly basis to discuss your progress and provide you feedback. Improvement must occur within 60 days and be sustained. Please be aware that your failure to bring your performance up to the rating of Good (3) may result in administrative action, up to and including termination from your position with the University. As always, I am available for you to discuss the PIP any concerns you may have. A copy of this document will be placed in your personnel file. Your signature acknowledges that you have been given the information and understand the content listed in this document.


_____          _____
David Alphonso                                              Date


_____          _____
Dorottiya Takacs                                            Date

Exhibit 5



**FLORIDA ATLANTIC UNIVERSITY**

Employee Relations & Development
Department of Human Resources
Boca Raton Campus
777 Glades Road, IS 4
Boca Raton, FL 33431
tel: 561.297.3057
fax: 561.297.1256

| | | |
|---|---|---|
| **TO:** | Dorottya Takacs | **DATE: 01/09/2025** |
| **FROM:** | Taira Bolden, Leave Administration Manager | |
| **CC:** | David Alphonso, Chan Walker, Gayle Evans, Marian Williams, Linda DaSilva, Anely Cabrera, Annie Yahinian | |
| **RE:** | EXTENDED MEDICAL LEAVE and FMLA | |

FMLA is a federal law that provides for up to 480 hours, (equivalent to 12 weeks) paid or unpaid leave to eligible employees, within a 12 month period, due to a qualifying event. Leave may also be taken intermittently when approved by a health care provider. If you were eligible for Extended Medical Leave, the first 12 weeks would have fallen under FMLA and ran concurrently under the University's Extended Medical Leave Policy. This policy offers employees with one or more years of continuous service the ability to take extended medical leave up to 6 months with appropriate medical documentation.

The form was received from you on ___1/2/2025___      The form is dated: ___1/2/2025___

☒ You are eligible for FMLA.                ☐ You are not eligible for FMLA.

Reason for ineligibility: _____

☒ You are eligible for University          ☐ You are not eligible for University
   Extended Medical Leave                     Extended Medical Leave

Reason for ineligibility: _____

Start date of intermittent leave: _1/8/2025___      Anticipated end date of intermittent leave: 1/8/2026___

Absent For: 1 hour per day; 3 days per week          Flare-ups: N/A

**\*\* If continued intermittent leave is still medically necessary after 1/7/2026, a new Certification of Health Care Provider form must be completed and is due in our office by 1/22/2026.**

Job restrictions are: _____
The time you are on leave for this event will be tracked as FMLA and University Extended Medical Leave. **Please keep your department updated concerning your intermittent leave.**

**TIMEKEEPING INSTRUCTIONS:** Any leave used in association with an FMLA absence must be input as such in Workday by accessing REQUEST ABSENCE. Be sure to select the appropriate leave category (i.e. "Sick Leave for FMLA", "Annual Leave for FMLA" etc.). You MUST enter **Extended Medical Leave** in the comment section. If you require assistance or are taking any unpaid time off, then see your department timekeeper regarding entering TIME OFF for FMLA/Extended Medical Leave in Workday.

**While on leave, it is every employee's responsibility to contact the Benefits Division of the Department of Human Resources at 561-297-3058 or e-mail at benefits@fau.edu to discuss insurance premium payments and continuity of benefits.**

**PLEASE NOTE:** At the conclusion of your leave you are required to present medical certification stipulating your ability to return to work and perform the essential functions of your position prior to or the day of your return.

**You may also be eligible for coverage under the Americans with Disabilities Act Amendments Act of 2008 (ADAAA). The ADAAA provides reasonable accommodations to an employee, so they can successfully perform the essential functions of their job. Disabilities may consist of physical or mental conditions that affect one or more major life activities. For information regarding the ADAAA, please contact the Office of Civil Rights and Title IX at (561) 297-3004.**

An Equal Opportunity/Equal Access Institution



**FLORIDA ATLANTIC UNIVERSITY**

Employee Relations & Development
Department of Human Resources
Boca Raton Campus
777 Glades Road, IS 4
Boca Raton, FL 33431
tel: 561.297.3057
fax: 561.297.1256

TO:       **Dorottiya Takacs**                          DATE: 01/09/2025
FROM:   Taira Bolden, Leave Administration Manager
CC:       **David Alphonso, Chan Walker, Gayle Evans, Marian Williams, Linda DaSilva, Anely Cabrera, Annie Yahinian**
RE:       EXTENDED MEDICAL LEAVE and FMLA

<u>FMLA</u> is a federal law that provides for up to 480 hours, (equivalent to 12 weeks) paid or unpaid leave to <u>eligible employees</u>, within a 12 month period, due to a qualifying event. Leave may also be taken intermittently when approved by a health care provider. If you were eligible for Extended Medical Leave, the first 12 weeks would have fallen under FMLA and ran concurrently under the University's Extended Medical Leave Policy. This policy offers employees with one or more years of continuous service the ability to take extended medical leave up to 6 months with appropriate medical documentation.

The form was received from you on   <u>1/2/2025</u>        The form is dated:   <u>1/2/2025</u>

☒ You are eligible for FMLA.                    ☐ You are not eligible for FMLA.

Reason for ineligibility: _____

☒ You are eligible for University            ☐ You are not eligible for University
   Extended Medical Leave                         Extended Medical Leave

Reason for ineligibility: _____

Start date of intermittent leave:  <u>1/8/2025</u>         Anticipated end date of intermittent leave: <u>1/8/2026</u>

Absent For: <u>1 hour per day; 3 days per week</u>          Flare-ups: <u>N/A</u>

<u>** If continued intermittent leave is still medically necessary after 1/7/2026, a new Certification of Health Care Provider form must be completed and is due in our office by 1/22/2026.</u>

Job restrictions are: _____
The time you are on leave for this event will be tracked as <u>FMLA and University Extended Medical Leave</u>. **Please keep your department updated concerning your intermittent leave.**

**TIMEKEEPING INSTRUCTIONS:** Any leave used in association with an FMLA absence must be input as such in Workday by accessing REQUEST ABSENCE. Be sure to select the appropriate leave category (i.e. "Sick Leave for FMLA", "Annual Leave for FMLA" etc.). You MUST enter **Extended Medical Leave** in the comment section. If you require assistance or are taking any unpaid time off, then see your department timekeeper regarding entering TIME OFF for FMLA/Extended Medical Leave in Workday.

**While on leave, it is every employee's responsibility to contact the Benefits Division of the Department of Human Resources at 561-297-3058 or e-mail at benefits@fau.edu to discuss insurance premium payments and continuity of benefits.**

<u>**PLEASE NOTE**</u>: At the conclusion of your leave you are required to present medical certification stipulating your ability to return to work and perform the essential functions of your position prior to or the day of your return.

You may also be eligible for coverage under the Americans with Disabilities Act Amendments Act of 2008 (ADAAA). The ADAAA provides reasonable accommodations to an employee, so they can successfully perform the essential functions of their job. Disabilities may consist of physical or mental conditions that affect one or more major life activities. For information regarding the ADAAA, please contact the Office of Civil Rights and Title IX at (561) 297-3004.

An Equal Opportunity/Equal Access Institution





10:54

Tucker

Wed, Jan 8 at 12:23 PM

Wait...if I were you I'd listen I'm about to get up and listen

So no one's ego is damaged

Cause they will note this

If we don't listen

Wed, Jan 8 at 8:51 PM

If you don't mind me asking, what time would you stay there till today?

Like 6 but I was only there cause I was hanging out with Ed the whole Time

Haven't seen him in a while

OK, I was just curious... Because I overheard him telling Maria to make sure that she leaves and does not stay past 5 PM

Yea I got told the same thing too

Any considering that we are hourly he's covering his ass... Is he reimbursing you for the extra time that you're spending like you said?

Yes he told me today that any extra time I work, make sure I talk to David



**Tucker**

Hmmm...I do see your point about doing 5 more..but today is kinda different though? I mean I don't know how's it's seen but like we had a whole ass event today, no one even took lunch until like 3 pm. What was the supposed mistake?

You and I both are having our own mental struggles and don't need this unnecessary toxic pressure for this under paying job that we're both overqualified for I'm just saying

The suppose of mistake was that I certified for three credits less meaning it was supposed to be 15 and I only certified for 12

But then after looking in banner comes to find out that there was a change made on December 26 and I certified on December 20

I agree...I mean no job should cause this much stress. we have one life and living in stress is so unhealthy. I love the United States but our culture here is stress stress stress

Oh dude that's not a mistake at all as you know, cause as far as I'm aware that's how we do it? We certify all VCR forms submitted yes?

iMessage 

10:55



Tucker

Oh dude that's not a mistake at all as you know, cause as far as I'm aware that's how we do it? We certify all VCR forms submitted yes?

Even if there was the enrollment change?

It's unfortunate that it's at the point where like all receipts have to be kept....theres just no reason a work place has to be hostile

But you did all the shit you have to do 🤷 I mean I'm like paranoid about making a mistake now I triple check every single thing I do cause I'm afraid

Honestly, has a lot to do with Laura training me and not him but your brand new. He just needs to finish training you. I don't understand why he's dragging it out because once Billing kicks in then the workload is even more intense and tedious because of all the numbers and detective work, etc..

iMessage



10:54

Tucker

Yes he told me today that any extra time I work, make sure I talk to David about getting comp time. They're both telling me not to stay past 5

[redacted]

I'm wondering if I should do another five certifications tonight before tomorrow so they cannot use it against me for not reaching 20 today

Although I had my one on one meeting with David and it was semi pleasant, he said that I've made one mistake on the certifications.

After looking it up, come to find out it was not my mistake after all so I have zero mistakes and I want that shit documented.

I agree, I'm surprised I got overtime approved tbh. But like, and you know this, I'm just being an idiot if I stay late, no one is telling me to nor have they ever. I do see that they are tryna cover their ass....but like I'm just gonna do me regardless cause like whatever, I'm just like having mental health struggles but it's cool

Message

**10:53**

**TW**

Tucker ›



He'll get you, "paid" for overtime?

Yes like actual overtime money

Cause there's just no way in fuck all of my work will be done during working hours. I'm glad you did processing and all that, you gotta do what you gotta do in accordance with what they told you

Tue, Jan 7 at 8:23 AM



 iMessage 

Last read

Good afternoon Tere Happy New Year! This week's expectations is the same as outlined in the PIP, the goal is to accurately ... ? 20 students per day. Processing is part of the certification process. Enrollment changes are done on a weekly basis. Th... allows you several days to complete the report and send me the completed report by Monday for review. These ... ?-/ expectations outlined within the PIP have not changed. We can review together your progress during our supervision meetings, on a weekly basis and discuss how I can best support you in improving your performance. Should you have any ... ? questions, please don't hesitate to contact me.

Hello David, I'd like to not that between the last date I was in the office, which was 12/20/24 , and today, 1/01/24 , there have been a total of 247 VOE submissions that have come through, which clearly all must be processed. I also assure you with the number of students I have processed throughout today's 8-hour shift at the end of the day, based on this workload, it ... ? follows the exact training provided by you and was previously always practiced as entirely. I just want to make sure that we're on the same page as to the daily and/or weekly work priority and capacity of the expectations at each stage of the academic years and semesters. Thank you.

Type a message

Exhibit 7

# Fw: Approved FMLA/Extended Medical Leave for Dorottiya Takacs

Inbox
FAU



**Dorottiya Takacs <dtakacs2020@fau.edu>**                    Fri, Jan 10,
                                                              7:18 PM

to David, Jason, me

Hello David and Jason,

Please refer to the email below.

I'm writing to request a meeting on Monday morning to discuss my official FMLA approval
status, which is effective as of January 8, 2025, ongoing until January 8, 2026. I'd like to discuss
and officially document in detail how this process is going to unfold and the ways in which it will
affect my employment status and especially my rights under this statue moving forward.

This discussion is imperative to ensure clarity, transparency, as well as equity regarding my
situation and nonetheless to address the immediate impacts, - such as utilizing FMLA time off
on Tuesday morning of January 14th.

Please let me know what is a mutually convenient time to meet as soon as possible on Monday.
I appreciate your prompt attention to this important matter and I look forward to your
response.

Thank you!

**Dorottiya Takacs**
**School Certifying Official/Coordinator**
Military & Veterans Student Success Center
Florida Atlantic University
777 Glades Rd, Bldg. 31E Rm. 173
Boca Raton, FL 33431
Tel: 561-297-0098
Email: veterans@fau.edu
Website: www.fau.edu/vets

---

**From:** Dorottiya Takacs <dtakacs2020@fau.edu>
**Sent:** Friday, January 10, 2025 10:28 AM
**To:** Taira Bolden <boldent@fau.edu>

**Cc:** David Alphonso <dalphonso2015@fau.edu>; Chan Walker <cwalke18@fau.edu>; Gayle Evans
<GEVANS@fau.edu>; Marian Williams <mwilliam@fau.edu>; Linda DaSilva <lindadasilva@fau.edu>;
Anely Cabrera <cabreraa@fau.edu>; Annie Head <ayahinia@fau.edu>
**Subject:** Re: Approved FMLA/Extended Medical Leave for Dorottiya Takacs

Good morning Taira,

I wanted to take a moment to express my sincere gratitude for all the support and prompt
attention you have provided in handling my case.

Your professionalism and efficiency have been truly appreciated, and your clear communication
made the process very smooth. It's reassuring to know that I could rely on your guidance,
timely help, and updates.

Thank you once again for your dedication and help. Please don't hesitate to let me know if
there is anything further that I need to provide or assist with.

Have a wonderful weekend.

Sincerely,

**Dorottiya Takacs**
**School Certifying Official/Coordinator**
Military & Veterans Student Success Center
Florida Atlantic University
777 Glades Rd, Bldg. 31E Rm. 173
Boca Raton, FL 33431
Tel: 561-297-0098
Email: veterans@fau.edu
Website: www.fau.edu/vets

---

**From:** Taira Bolden <boldent@fau.edu>
**Sent:** Thursday, January 9, 2025 4:08 PM
**To:** Dorottiya Takacs <dtakacs2020@fau.edu>
**Cc:** David Alphonso <dalphonso2015@fau.edu>; Chan Walker <cwalke18@fau.edu>; Gayle Evans
<GEVANS@fau.edu>; Marian Williams <mwilliam@fau.edu>; Linda DaSilva <lindadasilva@fau.edu>;
Anely Cabrera <cabreraa@fau.edu>; Annie Head <ayahinia@fau.edu>
**Subject:** Approved FMLA/Extended Medical Leave for Dorottiya Takacs

Good afternoon Ms. Takacs,

Attached you will find the FMLA/University Extended Medical Leave designation letter
resulting from your recent submission of the Certification of Health Care Provider form.

Please be aware that both FMLA and University Extended Medical Leave are unpaid by definition, although FAU allows you to use your accrued sick leave and/or annual leave for FMLA/Sick.

Input of leave:

- Any leave used in association with an Extended Medical Leave absence must be input as such in Workday by accessing REQUEST ABSENCE.
- Be sure to select the appropriate leave category (i.e. "Sick Leave for FMLA", "Annual Leave for FMLA" etc.). You MUST enter Extended Medical Leave within the comment section.
- Any leave already input in association with this event that is not marked as FMLA leave should be corrected to reflect FMLA leave.
- Any unpaid leave must be accounted for by using "Unpaid SP Time Off for FMLA" for hourly employees, or "Unpaid Exempt Time Off for FMLA" for salaried employees. You MUST enter Extended Medical Leave within the comment section.
- See your department timekeeper for assistance if you have any questions regarding entering TIME OFF for FMLA in Workday.

If your leave is designated as intermittent, then please provide prior notice to your supervisor in the event of planned intermittent absences. If there are unplanned intermittent absences, then please use the reporting procedures currently used by your college/department for any unplanned absences.

While on leave, it is every employee's responsibility to contact the Benefits Division of the Department of Human Resources at 561-297-3058 or e-mail at benefits@fau.edu to discuss insurance premium payments and continuity of benefits.

You may also be eligible for coverage under the Americans with Disabilities Act Amendments Act of 2008 (ADAAA). The ADAAA provides reasonable accommodations to an employee, so they can successfully perform the essential functions of their job. Disabilities may consist of physical or mental conditions that affect one or more major life activities. For information regarding the ADAAA, please contact the Office of Civil Rights and Title IX at (561) 297-3004.

Please contact the Employee Relations and Development Division at emprels@fau.edu if you have any questions regarding the designation letter or the leave process.

**Taira Bolden, SHRM-CP**
Manager, Leave Administration
Department of Human Resources
Florida Atlantic University
777 Glades Road
Boca Raton, FL 33431
emprels@fau.edu
Phone: 561-297-0319



**Dori Takacs <dorottiya@gmail.com>**                                    9:42 AM (1 hour ago)

to me

Dori Takacs
(609) 433-4340
Sent from my iPhone

Begin forwarded message:

**From:** Dorottiya Takacs <dtakacs2020@fau.edu>
**Date:** January 10, 2025 at 7:18:14 PM EST
**To:** David Alphonso <dalphonso2015@fau.edu>, Jason Nadolinski <jnadolinski@fau.edu>
**Cc:** dorottiya@gmail.com
**Subject: Fw: Approved FMLA/Extended Medical Leave for Dorottiya Takacs**

Hello David and Jason,

Please refer to the email below.

I'm writing to request a meeting on Monday morning to discuss my official FMLA approval status, which is effective as of January 8, 2025, ongoing until January 8, 2026. I'd like to discuss and officially document in detail how this process is going to unfold and the ways in which it will affect my employment status and especially my rights under this statue moving forward.

This discussion is imperative to ensure clarity, transparency, as well as equity regarding my situation and nonetheless to address the immediate impacts, - such as utilizing FMLA time off on Tuesday morning of January 14th.

Please let me know what is a mutually convenient time to meet as soon as possible on Monday. I appreciate your prompt attention to this important matter and I look forward to your response.

Thank you!

**Dorottiya Takacs**
**School Certifying Official/Coordinator**

Military & Veterans Student Success Center
Florida Atlantic University
777 Glades Rd, Bldg. 31E Rm. 173
Boca Raton, FL 33431
Tel: 561-297-0098
Email: veterans@fau.edu
Website: www.fau.edu/vets

---

**From:** Dorottiya Takacs <dtakacs2020@fau.edu>
**Sent:** Friday, January 10, 2025 10:28 AM
**To:** Taira Bolden <boldent@fau.edu>
**Cc:** David Alphonso <dalphonso2015@fau.edu>; Chan Walker <cwalke18@fau.edu>; Gayle Evans <GEVANS@fau.edu>; Marian Williams <mwilliam@fau.edu>; Linda DaSilva <lindadasilva@fau.edu>; Anely Cabrera <cabreraa@fau.edu>; Annie Head <ayahinia@fau.edu>
**Subject:** Re: Approved FMLA/Extended Medical Leave for Dorottiya Takacs

Good morning Taira,

I wanted to take a moment to express my sincere gratitude for all the support and prompt attention you have provided in handling my case.

Your professionalism and efficiency have been truly appreciated, and your clear communication made the process very smooth. It's reassuring to know that I could rely on your guidance, timely help, and updates.

Thank you once again for your dedication and help. Please don't hesitate to let me know if there is anything further that I need to provide or assist with.

Have a wonderful weekend.

Sincerely,


**Dorottiya Takacs**
**School Certifying Official/Coordinator**
Military & Veterans Student Success Center
Florida Atlantic University
777 Glades Rd, Bldg. 31E Rm. 173
Boca Raton, FL 33431
Tel: 561-297-0098
Email: veterans@fau.edu
Website: www.fau.edu/vets